```
CHARLOTTE ANNE WILSON       SYNCHRONY BANK
277 CHESTNUT HILL           ATTN: BANKRUPTCY
RIDGELAND, MS 39157         PO BOX 965060
                            ORLANDO, FL 32896


THOMAS C. ROLLINS, JR.      UPGRADE, INC.
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767              275 BATTERY STREET
JACKSON, MS 39236           23RD FLOOR
                            SAN FRANCISCO, CA 94111


ALLY FINANCIAL, INC         WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY            P.O. BOX 76809
PO BOX 380901               LOS ANGELES, CA 90054
BLOOMINGTON, IL 55438


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


GARY WILSON
277 CHESTNUT HILL
RIDGELAND, MS 39157


MISSION LANE LLC
PO BOX 105286
ATLANTA, GA 30348


NEW CREDIT AMERICA
ATTN: BANKRUPTCY DEPT
PO BOX 561266
DALLAS, TX 75356


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896


SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896
```