# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Charlotte Anne Wilson**  
Debtor(s)

Case No.  **26-00418**  
Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 24, 2026**  

**/s/ Charlotte Anne Wilson**  
**Charlotte Anne Wilson**  
Signature of Debtor

```
CHARLOTTE ANNE WILSON        NEW CREDIT AMERICA
277 CHESTNUT HILL            ATTN: BANKRUPTCY DEPT
RIDGELAND, MS 39157          PO BOX 561266
                             DALLAS, TX 75356


THOMAS C. ROLLINS, JR.       SYNCHRONY
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY
P.O. BOX 13767               PO BOX 965064
JACKSON, MS 39236            ORLANDO, FL 32896


ALLY FINANCIAL, INC          SYNCHRONY BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY DEPT
PO BOX 380901                P.O. BOX 965065
BLOOMINGTON, IL 55438        ORLANDO, FL 32896


CAPITAL ONE                  SYNCHRONY BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 30285                 PO BOX 965060
SALT LAKE CITY, UT 84130     ORLANDO, FL 32896


COUCH LAMBERT LLC***         UPGRADE, INC.
3501 N CAUSEWAY BLVD         ATTN: BANKRUPTCY
SUITE 800                    275 BATTERY STREET
METAIRIE, LA 70002           23RD FLOOR
                             SAN FRANCISCO, CA 94111


CROWN ASSET MANAGEM***       WESTLAKE PORTFOLIO
3100 BRECKENRIDGE BLVD       P.O. BOX 76809
STE 725                      LOS ANGELES, CA 90054
DULUTH, GA 30096



FINWISE BANK***
P.O. BOX 565848
DALLAS, TX 75356



GARY WILSON
277 CHESTNUT HILL
RIDGELAND, MS 39157



MISSION LANE LLC
PO BOX 105286
ATLANTA, GA 30348
```