United States Bankruptcy Court

Southern District of Mississippi

In re:

Charlotte Anne Wilson

    Debtor

Case No. 26-00418-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: n031 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charlotte Anne Wilson, 277 Chestnut Hill, Ridgeland, MS 39157-2038 |
| 5625311 | + Gary Wilson, 277 Chestnut Hill, Ridgeland, MS 39157-2038 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5626131 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2026 19:33:00 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5627334 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2026 19:33:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5625309 | + Email/Text: ally@ebn.phinsolutions.com | Apr 15 2026 19:26:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5625310 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2026 19:33:02 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5630350 | + Email/Text: contested@gulfsouthlegal.com | Apr 15 2026 19:27:00 | Couch Lambert LLC, 3501 N Causeway Blvd Suite 800, Metairie, LA 70002-3625 |
| 5630351 | + Email/Text: bankruptcies@crownasset.com | Apr 15 2026 19:27:00 | Crown Asset Management, 3100 Breckenridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5630349 | + Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Apr 15 2026 19:27:00 | Finwise Bank, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5645420 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 15 2026 19:27:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5647094 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 19:33:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5625312 | Email/Text: ml-ebn@missionlane.com | Apr 15 2026 19:26:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 5625313 | Email/Text: bankruptcy@ncaloans.com | Apr 15 2026 19:26:00 | New Credit America, Attn: Bankruptcy Dept, Po Box 561266, Dallas, TX 75356 |
| 5625314 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2026 19:33:02 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5625315 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2026 19:33:02 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5625316 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2026 19:33:05 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5625317 | Email/Text: bknotice@upgrade.com | Apr 15 2026 19:26:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Apr 15, 2026        Form ID: n031        Total Noticed: 19

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, 23rd Floor, San Francisco, CA 94111 |
| 5625318 | ^ | MEBN | Apr 15 2026 19:22:27 | Westlake Portfolio, P.O. Box 76809, Los Angeles, CA 90076-0809 |
| 5634915 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 19:33:00 | Westlake Services, LLC C/O, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Charlotte Anne Wilson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26–00418–JAW
**Chapter:**  13

**In re:**

Charlotte Anne Wilson
fka Charolette Cross White
277 Chestnut Hill
Ridgeland, MS 39157

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 15, 2026 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<table>
<tr><td>Jackson Office:</td><td>Gulfport Office:</td></tr>
<tr><td>Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601–608–4600</td><td>Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228–563–1790</td></tr>
</table>

Dated: April 15, 2026                    Danny L. Miller, Clerk of Court